| | |
|---|---|
| RONALD TROY BILLEAUDEAU | 27TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO.: 18 C 4223C |
| DANWAYS EXPRESS, LLC, OTIS BAZILE AND GREAT AMERICAN INSURANCE COMPANY | PARISH OF ST. LANDRY<br>STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, **RONALD TROY BILLEAUDEAU**, a resident of the legal age of St. Landry Parish, Louisiana, who respectfully represents:

1.

Made defendants herein are:

**DANWAYS EXPRESS, LLC**, a foreign corporation authorized to do and doing business in the State of Louisiana;

**OTIS BAZILE**, a person of the full age of majority and a resident of the State of Texas; and

**GREAT AMERICAN INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, who may be served through the Louisiana Secretary of State.

who are all justly and truly indebted unto your petitioner, individually, jointly and in solido, for the following reasons, to-wit:

2.

On or about September 27, 2017, Plaintiff, **RONALD TROY BILLEAUDEAU**, was operating his 2010 Chevrolet Impala in the inside lane of U.S. Highway 190 East in the City of Opelousas, Parish of St. Landry, when suddenly and without warning a 2012 Freightliner Tractor and Trailer owned and driven by Defendant, **OTIS BAZILE**, failed to yield at an intersection, pulling directly onto U.S. 190 into the lane occupied by the vehicle driven by **RONALD TROY BILLEAUDEAU** causing that vehicle to strike the Freightliner Tractor and become lodged beneath the trailer causing the severe damages and injuries complained of herein.



MORROW, MORROW,
RYAN, BASSETT & HAIK
PERSONAL INJURY MARITIME LAW
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
*toll free* 800-356-6776
*fax* 337-942-5234
www.mmrbhlawoffice.com

1

3.

The said accident caused severe and disabling injuries to **RONALD TROY BILLEAUDEAU**, including but not limited to a brain injury causing a subdural hematoma, broken vertebra in his neck, injuries to his lumbar spine, broken ribs, facial lacerations and other injuries to be shown at the trial of this matter.

4.

At all times material hereto, the 2012 Freightliner truck was owned and operated by defendant, **OTIS BAZILE**.

5.

Upon information and belief, at all times material hereto, defendant **OTIS BAZILE** was an employee of defendant, **DANWAYS EXPRESS, LLC** therefore making defendant **DANWAYS EXPRESS, LLC** vicariously liable for the negligent actions of **OTIS BAZILE**.

6.

Should it be determined for any reason that defendant, **OTIS BAZILE**, was not an employee of defendant, **DANWAYS EXPRESS, LLC, DANWAYS EXPRESS, LLC** is nevertheless liable for the actions of **OTIS BAZILE** pursuant to applicable provisions of the Federal Motor Carrier Safety Vehicle Act in that the truck was being operated in the business of interstate transportation and was working under the authority of the United States Department of Transportation Number 1580845, which DOT number at all times material hereto was issued to **DANWAYS EXPRESS, LLC**.

7.

The said accident was caused by the negligence of defendant, **OTIS BAZILE**, which consisted primarily of, but not limited to, the following acts of omissions and/or commissions, to-wit:



MORROW, MORROW, RYAN, BASSETT & HAIK
PERSONAL INJURY & MARITIME LAW
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

   a. Failing to yield;
   b. Carelessly operating a motor vehicle;
   c. Failing to drive in a safe and cautious manner under the circumstances;
   d. Driving while inattentive and/or distracted;
   e. Failing to see what he should have seen and do what he should have done in order to prevent the accident sued upon herein; and
   f. Other acts of negligence to be shown at the trial on the merits.

8.

Prior to and at the time of this accident, defendant, **GREAT AMERICAN INSURANCE COMPANY** issued a policy of public liability insurance coverage on behalf of **DANWAYS EXPRESS, LLC,** said policy being in full force and effect on the date of the accident, and providing coverage for the personal injuries complained of herein.

9.

As a result of the accident, petitioner, **RONALD TROY BILLEAUDEAU**, is entitled to recover damages for past and future mental and physical pain and suffering; past and future medical travel expenses; past and future medical expenses; past and future loss of wages; pass and future loss of earning capacity; past and future loss of enjoyment of life; past and future disability and impairment; and past and future mental anguish and property damage to his vehicle, all in an amount greater than $50,000.

WHEREFORE, petitioner, **RONALD TROY BILLEAUDEAU** prays that defendants, **DANWAYS EXPRESS, LLC, NORTH AMERICAN INSURANCE COMPNAY** and **OTIS BAZILE** be served with a copy of this Petition and duly cited to appear and answer same, and that after due proceedings had, there be judgment herein in favor of petitioner, **RONALD TROY BILLEAUDEAU**, and against Defendants, in solido, for damages as are reasonable in the premises, as well as all court costs and interest.

PETITIONER FURTHER PRAYS for all general and equitable relief that can be afforded to him by this Honorable Court, under the laws of the State of Louisiana.

3



MORROW, MORROW,
RYAN, BASSETT & HAIK
PERSONAL INJURY MARITIME LAW

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
*toll free* 800-356-6776
*fax* 337-942-5234
www.mmrbhlawoffice.com

Respectfully submitted,

MORROW, MORROW, RYAN, BASSETT & HAIK

By: _____
JEFFREY M. BASSETT (#2840)
TAYLOR J. BASSETT (#33720)
Post Office Drawer 1787
324 West Landry
Opelousas, Louisiana 70571
(337) 948-4483
*Attorneys for Ronald Troy Billeauadeau*

**PLEASE SERVE:**

GREAT AMERICAN INSURANCE COMPANY
Through its Registered Agent for Service
Louisiana Secretary of State
3851 Essen Lane
Baton Rouge, LA


PLEASE ISSUE CITATION FOR SERVICE
UNDER THE LOUISIANA LONG ARM STATUTE
TO:

Danways Express, LLC
6455 Hilltop Drive, Suite 113
North Richland Hills, TX   76180

Otis Bazile
18950 Lina Street
Dallas, TX   75287


MORROW, MORROW,
RYAN, BASSETT & HAIK
PERSONAL INJURY & MARITIME LAW
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

4